**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> BARBARA J. SHULTZ <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Chapter 13 Trustee, <br>     Movant <br>     vs. <br> No Respondents. | Case No.:19-20351 <br><br> Chapter 13 <br><br> Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

February 26, 2024

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 01/28/2019 and confirmed on 3/11/19. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 135,000.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 135,000.00 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,390.00 | |
|    Trustee Fee | 6,374.78 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 9,764.78 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PNC BANK NA | 0.00 | 20,862.00 | 0.00 | 20,862.00 |
|     Acct: 8044 | | | | |
|   CITIZENS BANK NA | 18,622.23 | 18,622.23 | 1,371.02 | 19,993.25 |
|     Acct: 0500 | | | | |
| | | | | 40,855.25 |
| **Priority** | | | | |
|   ABAGALE E STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BARBARA J. SHULTZ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 3,390.00 | 3,390.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | \*\*\*N O N E\*\*\* | | |
| **Unsecured** | | | | |
|   BANK OF AMERICA NA\*\* | 26,486.06 | 21,687.85 | 0.00 | 21,687.85 |
|     Acct: 1278 | | | | |
|   CHASE BANK USA NA(\*) | 9,566.13 | 7,833.13 | 0.00 | 7,833.13 |
|     Acct: 7830 | | | | |
|   LVNV FUNDING LLC | 28,544.73 | 23,373.57 | 0.00 | 23,373.57 |
|     Acct: 6619 | | | | |
|   DIANA J JACKSON | 10,600.00 | 8,679.70 | 0.00 | 8,679.70 |
|     Acct: | | | | |
|   PRA RECEIVABLES MANAGEMENT LLC - A | 547.76 | 448.53 | 0.00 | 448.53 |
|     Acct: 1093 | | | | |
|   PNC BANK NA | 12,252.50 | 10,032.84 | 0.00 | 10,032.84 |
|     Acct: 7687 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES LLC | 1,561.36 | 1,278.50 | 0.00 | 1,278.50 |
|     Acct: 9534 | | | | |
|   PRA RECEIVABLES MANAGEMENT LLC - A | 5,318.01 | 4,354.60 | 0.00 | 4,354.60 |
|     Acct: 6849 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0336 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES LLC | 5,420.50 | 4,438.52 | 0.00 | 4,438.52 |

19-20351                                                                                                    Page 2 of 2

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | Acct: 4312 | | | | |
| | EDFINANCIAL O/B/O US DEPARTMENT OF | 2,751.12 | 2,252.73 | 0.00 | 2,252.73 |
| | Acct: 7209 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4312 | | | | |
| | KML LAW GROUP PC** (FRMRLY BRIAN C | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 84,379.97 |

| | | |
|---|---|---|
| TOTAL PAID TO CREDITORS | | 125,235.22 |

TOTAL CLAIMED
PRIORITY            0.00
SECURED        18,622.23
UNSECURED     103,048.17

Date: 02/26/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
BARBARA J. SHULTZ

       Debtor(s)

Ronda J. Winnecour
       Movant
       vs.
No Repondents.

Case No.:19-20351

Chapter 13

Document No.:

## ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 19-20351-CMB

Barbara J. Shultz Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2 User: auto Page 1 of 3
Date Rcvd: Feb 27, 2024 Form ID: pdf900 Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Barbara J. Shultz, PO Box 113, Mill Run, PA 15464-0113 |
| 14985068 | #+ | Diana & Gary Jackson, 2524 Newark Street, Grapeville, PA 15634-1100 |
| 15033703 | #+ | Diana Jackson, 2524 Newark Street, Grapeville, PA 15634-1100 |
| 15026751 | + | PNC BANK, N.A., P.O. BOX 94892, CLEVELAND, OH 44101-4892 |
| 14985071 | + | PNC Home Equity, PO Box 747032, Pittsburgh, PA 15274-7032 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 28 2024 00:49:24 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14985064 | | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 28 2024 00:36:00 | Bank of America, Po Box 15019, Wilmington, DE 19886-5019 |
| 15014483 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Feb 28 2024 00:37:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14991355 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 28 2024 00:36:00 | Citizens Bank N.A., One Citizens Bank Way, Mailstop: JCA115, Johnston, RI 02919 |
| 14985067 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 28 2024 00:36:00 | Citizens One Auto Finance, P.O. Box 7000, Providence, RI 02940 |
| 15019826 | + | Email/Text: RASEBN@raslg.com | Feb 28 2024 00:36:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14985066 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 28 2024 00:50:02 | Citi Cards, Po Box 70166, Philadelphia, PA 19176-0166 |
| 15028891 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 28 2024 00:49:04 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14994482 | + | Email/Text: EBN@edfinancial.com | Feb 28 2024 00:36:00 | Edfinancial on behalf of US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 14985069 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 28 2024 00:49:04 | Home Depot, Po Box 9001010, Louisville, KY 40290-1010 |
| 14985065 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 28 2024 00:35:11 | Chase Cards, Po Box 1423, Charlotte, NC 28201-1423 |
| 15025709 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 28 2024 00:49:35 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14985070 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 28 2024 00:36:00 | PNC Bank, Po Box 856177, Louisville, KY |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 27, 2024 | Form ID: pdf900 | Total Noticed: 27 |

| Recip ID | Notice Type | Date/Time | Name and Address |
|---|---|---|---|
| | | | 40285-6177 |
| 15029514 | Email/Text: Bankruptcy.Notices@pnc.com | Feb 28 2024 00:36:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 15201748 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 28 2024 00:34:32 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15029249 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 28 2024 00:35:19 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14985758 + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 28 2024 00:35:19 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14985072 | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 28 2024 01:14:41 | Sam's Club MC/SYNCB, Po Box 960013, Orlando, FL 32896-0013 |
| 14985073 | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 28 2024 00:49:25 | Sears MC, Po Box 9001055, Louisville, KY 40290-1055 |
| 14985074 | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 28 2024 00:34:32 | Synchrony Bank/Amazon, Po Box 960013, Orlando, FL 32896-0013 |
| 14985075 + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 28 2024 00:50:01 | Synchrony Bank/JCP, Po Box 960090, Orlando, FL 32896-0090 |
| 14985076 | Email/Text: EBN@edfinancial.com | Feb 28 2024 00:36:00 | U.S. Department of Education, Po Box 36008, Knoxville, TN 37930-6008 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15208188 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 29, 2024        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Abagale E. Steidl | on behalf of Debtor Barbara J. Shultz asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |

District/off: 0315-2 | User: auto | Page 3 of 3
Date Rcvd: Feb 27, 2024 | Form ID: pdf900 | Total Noticed: 27

Denise Carlon
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 4