IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
BARBARA J. SHULTZ

    Debtor(s)

Ronda J. Winnecour
    Movant
vs.
No Repondents.

Case No.:19-20351

Chapter 13

Document No.: 34

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this  15th  day of  April , 20 24 , upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
4/15/24 9:10 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_Carlota M. Böhm_  dmk
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-20351-CMB |
| Barbara J. Shultz | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Apr 15, 2024 | Form ID: pdf900 | Total Noticed: 27 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Barbara J. Shultz, PO Box 113, Mill Run, PA 15464-0113 |
| 14985068 | #+ | Diana & Gary Jackson, 2524 Newark Street, Grapeville, PA 15634-1100 |
| 15033703 | #+ | Diana Jackson, 2524 Newark Street, Grapeville, PA 15634-1100 |
| 15026751 | + | PNC BANK, N.A., P.O. BOX 94892, CLEVELAND, OH 44101-4892 |
| 14985071 | + | PNC Home Equity, PO Box 747032, Pittsburgh, PA 15274-7032 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 16 2024 00:02:16 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14985064 | | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 15 2024 23:50:00 | Bank of America, Po Box 15019, Wilmington, DE 19886-5019 |
| 15014483 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Apr 15 2024 23:51:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14991355 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 15 2024 23:50:00 | Citizens Bank N.A., One Citizens Bank Way, Mailstop: JCA115, Johnston, RI 02919 |
| 14985067 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 15 2024 23:50:00 | Citizens One Auto Finance, P.O. Box 7000, Providence, RI 02940 |
| 15019826 | + | Email/Text: RASEBN@raslg.com | Apr 15 2024 23:50:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14985066 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 16 2024 00:02:12 | Citi Cards, Po Box 70166, Philadelphia, PA 19176-0166 |
| 15028891 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 16 2024 00:02:16 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14994482 | + | Email/Text: EBN@edfinancial.com | Apr 15 2024 23:51:00 | Edfinancial on behalf of US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 14985069 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 16 2024 00:01:54 | Home Depot, Po Box 9001010, Louisville, KY 40290-1010 |
| 14985065 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 16 2024 00:01:52 | Chase Cards, Po Box 1423, Charlotte, NC 28201-1423 |
| 15025709 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 16 2024 00:01:38 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14985070 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 15 2024 23:50:00 | PNC Bank, Po Box 856177, Louisville, KY |

Case 19-20351-CMB   Doc 42   Filed 04/17/24   Entered 04/18/24 00:28:19   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 15, 2024 | Form ID: pdf900 | Total Noticed: 27 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 40285-6177 |
| 15029514 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 15 2024 23:50:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 15201748 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 16 2024 00:15:58 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15029249 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 16 2024 00:16:31 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14985758 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 16 2024 00:01:45 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14985072 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 16 2024 00:16:28 | Sam's Club MC/SYNCB, Po Box 960013, Orlando, FL 32896-0013 |
| 14985073 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 16 2024 00:02:11 | Sears MC, Po Box 9001055, Louisville, KY 40290-1055 |
| 14985074 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 16 2024 00:02:11 | Synchrony Bank/Amazon, Po Box 960013, Orlando, FL 32896-0013 |
| 14985075 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 16 2024 00:01:52 | Synchrony Bank/JCP, Po Box 960090, Orlando, FL 32896-0090 |
| 14985076 | | Email/Text: EBN@edfinancial.com | Apr 15 2024 23:51:00 | U.S. Department of Education, Po Box 36008, Knoxville, TN 37930-6008 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15208188 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2024        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Abagale E. Steidl | on behalf of Debtor Barbara J. Shultz asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Apr 15, 2024 | Form ID: pdf900 | Total Noticed: 27 |

Denise Carlon
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 4